# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY LOUIS CARTER,
                    Appellant,
            vs.
SOUTHWEST COURIER, INC.;
LIBERTY MUTUAL INSURANCE CO.,
INC.; MARK O. REED, M.D., P.C.;
STATE OF NEVADA DEPARTMENT
OF BUSINESS AND INDUSTRY,
DIVISION OF INDUSTRIAL
RELATIONS; AND STATE OF
NEVADA, DEPARTMENT OF
ADMINISTRATION HEARINGS
DIVISION,
                    Respondents.

No. 71782

**FILED**

DEC 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following parties appear to remain below: Southwest Courier, Inc.; Mark O. Reed, M.D.; and the Nevada Department

16-39222

of Administrative Hearings Division. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Valerie Adair, District Judge
Terry Louis Carter
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Dept of Business and Industry/Div of Industrial
    Relations/Henderson
Attorney General/Carson City
Eighth District Court Clerk